UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL JEWEL, SHIRLEY HOILAND AND MARY L. PATRICK, Individually and on behalf of all others similarly situated,<br>　　　Plaintiffs<br><br>V.<br><br>UNUMPROVIDENT CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, FIRST UNUM LIFE INSURANCE COMPANY, PROVIDENT LIFE AND CASUALTY INSURANCE COMPANY, PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, and THE PAUL REVERE LIFE INSURANCE COMPANY,<br>　　　Defendants | CIVIL ACTION NO. 04-40262-FDS |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT, pursuant to Rule 7.2(i) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the defendants, UnumProvident Corporation, Unum Life Insurance Company of America, First Unum Life Insurance Company, Provident Life and Casualty Insurance Company, Provident Life and Accident Insurance Company, and The Paul Revere Life Insurance Company hereby give notice of the filing of the enclosed Notice of Potential Tag-Along Action, which was filed with the Judicial Panel on Multidistrict Litigation on December 23, 2004.

The Notice of Potential Tag-Along Action references two lengthy exhibits, which were filed with the Judicial Panel Multidistrict Litigation but are not attached to this filing. For the Court's reference, these two exhibits, the Superior Court Complaint and Plaintiffs' Emergency

Motion, may be found as attachments to the Defendants' Notice of Removal filed on December 22, 2004.

        UNUMPROVIDENT CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, FIRST UNUM LIFE INSURANCE COMPANY, PROVIDENT LIFE AND CASUALTY INSURANCE COMPANY, PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, and THE PAUL REVERE LIFE INSURANCE COMPANY

By their attorneys,

/s/ Kristina H. Allaire
Joseph M. Hamilton, BBO #546394
Kristina H. Allaire, BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated:  December 23, 2004

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to the following:

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

Alan M. Sandals
Scott M. Lempert
Sandals & Associates, P.C.
One South Broad Street, Suite 1850
Philadelphia, PA  19107-3418

Denise Y. Tataryn
Seymour J. Mansfield
Mansfield Tanick & Cohen, P.A.
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN  55402-4511

William J. Kayatta, Jr., Esq.
Pierce Atwood
One Monument Square
Portland, ME  04101

/s/ Kristina H. Allaire
Kristina H. Allaire

Dated: December 23, 2004

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ) | |
| UNUMPROVIDENT CORPORATION ) | |
| SECURITIES, DERIVATIVE and ) | MDL Docket No. 1552 |
| "ERISA" LITIGATION ) | |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to the Rules of Procedure of the Judicial Panel on Multi-District Litigation, Unum Life Insurance Company of America hereby provides notice of an additional action that is pending against it in federal district court and is related to the actions that are the subject of this Panel's Transfer Order of September 2, 2003. Annexed hereto as Schedule of Actions is information concerning the action. Attached as Exhibit A is a copy of the Complaint filed in the action. Attached as Exhibit B is a copy of an Emergency Motion filed in the matter, requesting relief that brought the action within the jurisdiction of the Federal Court.

Unum Life Insurance Company of America respectfully submits that this action should be considered a tag-along action for purposes of this proceeding and should be transferred to the

{W0303388.1}

Honorable Curtis L. Collier of the United States District Court for the Eastern District of Tennessee for coordination and consolidation pursuant to 28 U.S.C. § 1407.

Dated: December 23, 2004

_____
William J. Kayatta, Jr.
*Pierce Atwood*
One Monument Square
Portland, Maine 04101

*Attorneys for Defendant Unum Life Insurance Company of America*

{W0303388.1}

SCHEDULE OF ACTIONS

December 23, 2004

**SCHEDULE OF POTENTIAL TAG-ALONG ACTION**

*Carol Jewel, Shirley Hoiland, and Mary Patrick*

*v.*

*UnumProvident Corp., Unum Life Ins. Co. of Am., First Unum Life Ins. Co., Provident Life and Cas. Ins. Co., Provident Life and Acc. Ins. Co., and the Paul Revere Life Ins. Co.*
U.S.D.C. District of Massachusetts, Central Division
Case No. 03-2391B
The Honorable D. Dennis Saylor, IV

Removed to Federal Court on December 22, 2004; state court complaint attached hereto.

{W0303388.1}

EXHIBIT A
MAY BE FOUND AS ATTACHMENT 1 TO DEFENDANTS'
NOTICE OF REMOVAL FILED ON DECEMBER 22, 2004.

EXHIBIT B
MAY BE FOUND AS ATTACHMENT 2 TO DEFENDANTS'
NOTICE OF REMOVAL FILED ON DECEMBER 22, 2004.