UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROL JEWEL, SHIRLEY HOILAND and )
MARY L. PATRICK, Individually and on )
behalf of all others similarly situated, )
)
Plaintiffs, )
)
v. )
)
UNUMPROVIDENT CORPORATION, )  Civil Action No. 04-40262-FDS
UNUM LIFE INSURANCE COMPANY OF )
AMERICA, FIRST UNUM LIFE )
INSURANCE COMPANY, PROVIDENT )
LIFE AND ACCIDENT INSURANCE )
COMPANY and THE PAUL REVERE )
LIFE INSURANCE COMPANY, )
)
Defendants. )

## PLAINTIFFS' MOTION TO REMAND

Plaintiffs Carol Jewel, Shirley Hoiland and Mary L. Patrick ("Plaintiffs"), by and through their undersigned counsel of record, move this Court, pursuant to 28 U.S.C. § 1447(c), of an order remanding this class action against the defendants, UNUM Provident Corporation, UNUM Life Insurance Company of America, First UNUM Life Insurance Company, Provident Life and Accident Insurance Company and The Paul Revere Life Insurance Company ("Defendants") to the Worcester Superior Court Department of the Trial Court of the Commonwealth of Massachusetts.

As grounds therefore Plaintiffs state as follows:

1. This action was initially filed by Plaintiff in the Worcester Superior Court on

December 11, 2003. On December 22, 2004, Defendants filed a Notice of Removal and removed the action to this Court. This Court lacks subject matter jurisdiction of this case, and removal was therefore improper.

2. Defendants concede that the Complaint in this action itself creates no basis for removal jurisdiction. Notice of Removal ¶4. Instead, Defendants base their removal on a motion filed by Plaintiffs in the Superior Court, namely, Plaintiffs' Emergency Motion to (1) Supplement the Record on Plaintiffs' Motion for Class Certification, and (2) Provide Expedited Notice to Class Members of Pendency of Proposed Class Action ("Emergency Motion"). The Emergency Motion concerns a settlement entered into by the Defendants, state insurance regulators and the Department of Labor which, *inter alia*, provides for the Defendants to issue a notice to members of the proposed class in this action.

3. Contrary to Defendants' contentions, the Emergency Motion does not seek to change or alter a remedial scheme entered into by the Department of Labor under ERISA. Further, nothing in this action or in the Emergency Motion gives rise to preemption under ERISA; and no federal statute or regulation is in any way implicated by any of the relief requested in the Emergency Motion.

4. This action is not removable pursuant to 28 U.S.C. §1442. This action does not involve any claims against any person acting under an officer of the United States or any agency thereof, sued for any act performed under the color of such office.

WHEREFORE, Plaintiffs respectfully request that this action be remanded to the Worcester Superior Court Department of the Trial Court of the Commonwealth of

Massachusetts, and that Plaintiffs be awarded their costs and expenses, including attorneys fees, incurred as a result of the removal pursuant to 28 U.S.C. § 1447(c).

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies that counsel for Plaintiffs have conferred with counsel for the Defendants in a good faith attempt to resolve or narrow the issues raised by this Motion without Court intervention, but have been unable to do so.

Dated: December 29, 2004.

Respectfully submitted,

David Pastor (BBO #391000)
Douglas M. Brooks (BBO#058850)
**GILMAN AND PASTOR, LLP**
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906
Tel: (781) 231-7850

**MANSFIELD TANICK & COHEN P.A.**
Denise Y. Tataryn (179127)
Seymour J. Mansfield (67271)
Richard J. Fuller (32669)
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511
Tel: (612) 339-4295

**SANDALS & ASSOCIATES, P.C.**
Alan M. Sandals (36044)
Scott M. Lempert (76765)
One South Broad Street
Suite 1850
Philadelphia, PA 19107-3418
Tel: (215) 825-4000

**QUADRINO & SCHWARTZ**
Richard J. Quadrino

666 Old Country Road
Garden City, NY 11530
Tel: (516) 745-1122

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Fax) On 12-29-04