```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

Jewel, et al.,
    Plaintiff(s)
                                    CIVIL ACTION
   V.                            NO. 04-40262-FDS

Unumprovident Corporation,
    Defendant(s)


**SAYLOR, D.J.**

### ORDER FOR REMAND

In accordance with the Court's allowance of plaintiff's Motion to remand issued on 1/4/05 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to the Worcester Superior court for all further proceedings.

                                              By the Court,

DATED: <u>January 7, 2005</u>

                                            <u>/s/ Martin Castles</u>
                                              Deputy Clerk